UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANDREW GLORIOSO,

                     Plaintiff,

- against -

FEDERAL BUREAU OF INVESTIGATION and
UNITED STATES,

                     Defendants.
-------------------------------------------------------------------------X

**NOTICE OF MOTION**

10-cv-3724 (NG) (RML)

      PLEASE TAKE NOTICE that, upon the Declaration of Nestor Pujols, dated March 23, 2011; the accompanying Memorandum of Law, dated April 4, 2011; and all pleadings and proceedings herein to date, defendants Federal Bureau of Investigation and United States (collectively, "defendants"), by their attorney, Loretta E. Lynch, United States Attorney for the Eastern District of New York, Ameet B. Kabrawala, Assistant United States Attorney, of counsel, will move this Court, before Senior United States District Judge Nina Gershon at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order dismissing the Complaint in its entirety pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Judge Gershon's March 2, 2011 Order: (i) plaintiff's opposition, if any, shall be served upon the undersigned by May 4, 2011; (ii) any reply papers shall be served by May 18, 2011; and (iii) any sur-reply shall be

served, and the fully-briefed motion shall be filed, by June 2, 2011.

Dated: Brooklyn, New York
       April 4, 2011

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York
                                        *Attorney for Defendants*
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

                          By:       /s/ Ameet B. Kabrawala
                                        Ameet B. Kabrawala
                                        Assistant U.S. Attorney
                                        (718) 254-6001

TO:    <u>By Federal Express</u>

        Jonathan E. Roberts, Esq.
        Talkin, Muccigrosso & Roberts LLP
        *Attorneys for Plaintiff*
        40 Exchange Place, 18th Floor
        New York, New York 10003